# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:21−cv−03663

| | |
|---|---|
| La Porte Hospitality, LLC v. Renaissance Re Syndicate 1458 Lloyd's et al | Date Filed: 11/08/2021 |
| **Case electronically transferred to the US District Court for the Southern District of New York.** | Date Terminated: 06/03/2022 |
| | Jury Demand: Plaintiff |
| Assigned to: Judge Andrew S Hanen | Nature of Suit: 110 Insurance |
| Case in other court:  151st Judicial District Court of Harris County, 21−609697 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Insurance Contract | |

**Plaintiff**

**La Porte Hospitality, LLC**  
*doing business as*  
Days Inn

represented by **Matthew M Zarghouni**  
Zar Law Firm  
3900 Essex Ln  
Suite 1011  
Houston, TX 77027  
713−333−5533  
Fax: 281−888−3150  
Email: matt@zar−law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Renaissance Re Syndicate 1458 Lloyd's**

represented by **Gregory Keith Winslett**  
Quilling Selander et al  
2001 Bryan St  
Suite 1800  
Dallas, TX 75201  
214−880−1870  
Fax: 214−871−2111  
Email: gwinslett@qslwm.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mt. Hawley Insurance Company**

represented by **Anthony W Kirkwood**  
Quilling Selander Lownds Winslett & Moser  
2001 Bryan St., Suite 1800  
Dallas, TX 75201  
214−871−2100  
Fax: 214−871−2111  
Email: tkirkwood@qslwm.com  
*ATTORNEY TO BE NOTICED*

**Gregory Keith Winslett**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2021 | Ï 1 | NOTICE OF REMOVAL from 151st, Harris Co. Dist. Court, case number 202160969–7 (Filing fee $ 402 receipt number 0541–27317113) filed by Mt. Hawley Insurance Company, Renaissance Re Syndicate 1458 Lloyd's. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Winslett, Gregory) (Entered: 11/08/2021) |
| 11/09/2021 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 6/8/2022 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy. (Signed by Judge Andrew S Hanen) Parties notified.(RachelSalazaradi, 4) (Entered: 11/09/2021) |
| 11/15/2021 | Ï 3 | ANSWER to 1 State Court Petition/Notice of Removal by Mt. Hawley Insurance Company, Renaissance Re Syndicate 1458 Lloyd's, filed.(Winslett, Gregory) (Entered: 11/15/2021) |
| 11/23/2021 | Ï 4 | CERTIFICATE OF INTERESTED PARTIES by La Porte Hospitality, LLC, filed.(Zarghouni, Matthew) (Entered: 11/23/2021) |
| 11/24/2021 | Ï 5 | CERTIFICATE OF INTERESTED PARTIES by Mt. Hawley Insurance Company, Renaissance Re Syndicate 1458 Lloyd's, filed.(Winslett, Gregory) (Entered: 11/24/2021) |
| 12/14/2021 | Ï 6 | Opposed MOTION for INITIAL PRETRIAL CONFERENCE Conference by La Porte Hospitality, LLC, filed. Motion Docket Date 1/4/2022. (Attachments: # 1 Proposed Order Proposed Order)(Zarghouni, Matthew) (Entered: 12/14/2021) |
| 12/15/2021 | Ï 7 | NOTICE of Referral of Motion to Magistrate Judge Frances H. Stacy re 6 Opposed MOTION for INITIAL PRETRIAL CONFERENCE Conference, filed. (rhawkins) (Entered: 12/15/2021) |
| 01/03/2022 | Ï 8 | NOTICE of Resetting. Parties notified. Initial Conference set for 3/8/2022 at 10:00 AM before Magistrate Judge Frances H Stacy, filed. (bwhite, 4) (Entered: 01/03/2022) |
| 02/21/2022 | Ï 9 | MOTION to Transfer Case to Southern District of New York by Mt. Hawley Insurance Company, filed. Motion Docket Date 3/14/2022. (Attachments: # 1 Proposed Order Order Granting Defendants' Motion to Transfer Venue)(Winslett, Gregory) (Entered: 02/21/2022) |
| 02/21/2022 | Ï 10 | BRIEF in Support re: 9 MOTION to Transfer Case to Southern District of New York by Mt. Hawley Insurance Company, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit A−1)(Winslett, Gregory) (Entered: 02/21/2022) |
| 02/22/2022 | Ï 11 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Mt. Hawley Insurance Company, filed.(Winslett, Gregory) (Entered: 02/22/2022) |
| 02/28/2022 | Ï 12 | NOTICE of Resetting. Parties notified. Initial Conference reset for 3/28/2022 at 02:50 PM in by video before Magistrate Judge Sam S Sheldon, filed. (sjones, 4) (Entered: 02/28/2022) |
| 03/04/2022 | Ï 13 | NOTICE of Appearance by Anthony W. Kirkwood on behalf of Mt. Hawley Insurance Company, filed. (Kirkwood, Anthony) (Entered: 03/04/2022) |
| 03/12/2022 | Ï 14 | Opposed MOTION for Leave to File File an Amended Pleading by La Porte Hospitality, LLC, filed. Motion Docket Date 4/4/2022. (Attachments: # 1 Exhibit Exhibit A. Declaration, # 2 Exhibit Exhibit B. Response, # 3 Exhibit Exhibit C. Amended Complaint, # 4 Proposed Order Proposed Order)(Zarghouni, Matthew) (Entered: 03/12/2022) |
| 03/12/2022 | Ï 15 | RESPONSE in Opposition to 9 MOTION to Transfer Case to Southern District of New York, filed by La Porte Hospitality, LLC. (Attachments: # 1 Exhibit Exhibit A. Declaration, # 2 Exhibit Exhibit B. Response to Notice, # 3 Proposed Order Proposed Order)(Zarghouni, Matthew) (Entered: 03/12/2022) |

| 03/22/2022 | Ï 16 | REPLY in Support of 9 MOTION to Transfer Case to Southern District of New York, filed by Mt. Hawley Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit A–1, # 3 Exhibit A–2, # 4 Exhibit B, # 5 Exhibit B–1, # 6 Exhibit C)(Winslett, Gregory) (Entered: 03/22/2022) |
|---|---|---|
| 03/24/2022 | Ï 17 | PROPOSED ORDER *Scheduling*, filed.(Winslett, Gregory) (Entered: 03/24/2022) |
| 03/25/2022 | Ï 18 | PROPOSED ORDER *Scheduling*, filed.(Zarghouni, Matthew) (Entered: 03/25/2022) |
| 03/28/2022 | Ï 19 | MINUTE ENTRY ORDER: The Court conducted the Initial Conference and entered a Scheduling Order. Appearances: Matthew M Zarghouni, Gregory Keith Winslett. Ct Reporter: ERO. Digital Number: 2:50–2:52PM.(Signed by Magistrate Judge Sam S Sheldon) Parties notified.(sjones, 4) (Entered: 03/28/2022) |
| 03/28/2022 | Ï 20 | SCHEDULING ORDER. ETT: 4 days. Joinder of Parties due by 5/31/2022 Pltf Expert Witness List due by 8/29/2022. Pltf Expert Report due by 8/29/2022. Deft Expert Witness List due by 9/29/2022. Deft Expert Report due by 9/29/2022. Discovery due by 12/15/2022. Dispositive Motion Filing due by 12/15/2022. Non–Dispositive Motion Filing due by 12/15/2022. Joint Pretrial Order due by 6/13/2023. Final Pretrial Conference set for 7/10/2023 at 01:30 PM in Courtroom 9C before Judge Andrew S Hanen Jury Trial set for 7/24/2023 at 09:00 AM in Courtroom 9C before Judge Andrew S Hanen(Signed by Magistrate Judge Sam S Sheldon) Parties notified.(sjones, 4) (Entered: 03/28/2022) |
| 04/04/2022 | Ï 21 | RESPONSE to 14 Opposed MOTION for Leave to File File an Amended Pleading filed by Mt. Hawley Insurance Company. (Attachments: # 1 Exhibit A and A–1, # 2 Exhibit B)(Winslett, Gregory) (Entered: 04/04/2022) |
| 04/11/2022 | Ï 22 | REPLY in Support of 14 Opposed MOTION for Leave to File File an Amended Pleading, filed by La Porte Hospitality, LLC. (Zarghouni, Matthew) (Entered: 04/11/2022) |
| 05/13/2022 | Ï 23 | MOTION for Leave to File Notice of Supplemental Authorities by Mt. Hawley Insurance Company, Renaissance Re Syndicate 1458 Lloyd's, filed. Motion Docket Date 6/3/2022. (Attachments: # 1 Exhibit A)(Winslett, Gregory) (Entered: 05/13/2022) |
| 05/29/2022 | Ï 24 | RESPONSE to 23 MOTION for Leave to File Notice of Supplemental Authorities filed by La Porte Hospitality, LLC. (Zarghouni, Matthew) (Entered: 05/29/2022) |
| 06/03/2022 | Ï 25 | ORDER TO TRANSFER CASE to United States District Court for the Southern District of New York (Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 06/06/2022) |
| 06/03/2022 | Ï | Interdistrict transfer to United States District Court for the Southern District of New York. Case transferred electronically. Case terminated on June 6, 2022, filed. (jdav, 4) (Entered: 06/06/2022) |