```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
LA PORTE HOSPITALITY, LLC d/b/a DAYS                  :
INN,                                                  :
                                                      :
                       Plaintiff,                     :
                                                      :         22-CV-4798 (VSB)
               -against-                              :
                                                      :              ORDER
                                                      :
RENAISSANCE RE SYNDICATE 1458                         :
LLOYD'S and MT. HAWLEY INSURANCE                      :
COMPANY,                                              :
                                                      :
                       Defendants.                    :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I held a post-discovery conference in this matter on May 30, 2023. In accordance with my comments during the conference, it is hereby

      ORDERED that Plaintiff's Motion to Amend, (*see* Doc. 14), is hereby WITHDRAWN.

      IT IS FURTHER ORDERED that the parties submit a proposed briefing schedule for summary judgment by Friday, June 2, 2023. The parties are encouraged to propose a briefing schedule in accordance with any settlement conference schedule set by Magistrate Judge Robert W. Lehrburger.

SO ORDERED.

Dated:    May 30, 2023
             New York, New York

                                              Vernon S. Broderick
                                              United States District Judge