UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

LA PORTE HOSPITALITY LLC,

               Plaintiff,

   -against-

RENAISSANCE RE SYNDICATE 1458
LLOYD'S AND MT. HAWLEY
INSURANCE COMPANY

               Defendants.

1:22-cv-04798-VSB

**PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE**

<u>VERNON S. BRODERICK, United States District Judge</u>

    It is hereby ORDERED that the Parties shall submit summary judgment briefing as follows:

(1) Motions for Summary Judgment shall be filed by August 16, 2023.

(2) Responses to Motions for Summary Judgment shall be filed by September 15, 2023.

(3) Reply Briefs shall be filed by October 2, 2023.

SO ORDERED.

Dated: 06/05/2023

New York, New York

Vernon S. Broderick
United States District Judge