UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 

LA PORTE HOSPITALITY, LLC d/b/a
DAYS INN,

       Plaintiff,      22-CV-4798 (VSB)

   -against-           **ORDER**

RENAISSANCE RE SYNDICATE 1458
LLOYD'S and MT. HAWLEY INSURANCE
COMPANY,

       Defendants.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 5, 2023
    New York, New York

                       _____
                        Vernon S. Broderick
                        United States District Judge